| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**                **Absolute Home Health, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     **83-3086596**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1715 N. Division Street, Suite 7**<br>**Morris, IL 60450** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Grundy** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)     **none**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **Absolute Home Health, LLC**  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6216**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Absolute Home Health, LLC**      Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Absolute Home Health, LLC**_____  Case number (*if known*)_____
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Absolute Home Health, LLC**   Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2023**
MM / DD / YYYY

**X** **/s/ Stori Worth**   **Stori Worth**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ William J. Factor**   Date **March 16, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**William J. Factor 6205675**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **312-878-6976**   Email address

**6205675 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Absolute Home Health, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Byram Healthcare 444 Highway 96 East Saint Paul, MN 55127 | | Patient supplies | | | | $19,404.00 |
| Distinctive Therapy 7501 Lemont Rd, Suite 345F Woodridge, IL 60517 | | Contract therapy company | | | | $12,315.00 |
| Global Resources 150 W Washington Ave. Santa Fe, NM 87501 | | Business consulting group | | | | $26,630.78 |
| Home Theraputic Staffing 10661 S Roberts Rd Suite 201 Palos Hills, IL 60465 | | Contract therapy company | | | | $15,140.00 |
| Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9006 | | | | | | $47,000.00 |
| Illinois Dept. of Employment Sec. Collections Section 33 S. State Street 10th Floor Chicago, IL 60603-2802 | | | | | | $14,902.66 |
| Imperial PFS 1055 Broadway, 11th Floor Kansas City, MO 64105 | | Marketing | | | | $3,028.05 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Absolute Home Health, LLC**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service** <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | | | | $126,862.62 |
| **Lustig & Wickert, P.C.** <br> 3400 Dundee Road <br> Northbrook, IL 60062 | | **Services rendered** | | | | $20,788.85 |
| **Sorinsky** <br> 3340 Dundee Road, Suite 2N4 <br> Northbrook, IL 60062 | | **Accounting services** | | | | $7,800.00 |
| **Synergy** <br> 75 Executive Dr., Ste. 345 <br> Aurora, IL 60504 | | **Medical coding** | | | | $47,306.00 |
| **Tami Dinelli** <br> 260 Rice St. <br> East Brooklyn, IL 60424 | | **Former business partner** | | | | $250,000.00 |
| **Voelker Law** <br> 33 N Dearborn, Suite 1000 <br> Chicago, IL 60602 | | **Services rendered** | | | | $36,250.00 |
| **Wellsky** <br> 11300 Switzer Blvd. <br> Overland Park, KS 66210 | | **Patient charting** | | | | $27,995.00 |
| **Wermer, Rogers, Doran & Ruzon, LLC** <br> 755 Essington Road <br> Joliet, IL 60435 | | **Accounting firm** | | | | $28,875.00 |

Amy Grogan
Grogan Hesse & Uditsky P.C.
Two Mid America Plaza, Suite 110
Oak Brook Terrace, IL 60181


Byram Healthcare
444 Highway 96 East
Saint Paul, MN 55127


Capital Dude, LLC
79 E. Madison Ave., 17th Floor
New York, NY 10016


Distinctive Therapy
7501 Lemont Rd, Suite 345F
Woodridge, IL 60517


Empire Recovery Solutions, LLC
10 W. 37th St.
Rm. 602
New York, NY 10018


Global Resources
150 W Washington Ave.
Santa Fe, NM 87501


Home Theraputic Staffing
10661 S Roberts Rd Suite 201
Palos Hills, IL 60465


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9006


Illinois Dept. of Employment Sec.
Collections Section
33 S. State Street 10th Floor
Chicago, IL 60603-2802


Imperial PFS
1055 Broadway, 11th Floor
Kansas City, MO 64105

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Lustig & Wickert, P.C.
3400 Dundee Road
Northbrook, IL 60062


Sorinsky
3340 Dundee Road, Suite 2N4
Northbrook, IL 60062


Synergy
75 Executive Dr., Ste. 345
Aurora, IL 60504


Tami Dinelli
260 Rice St.
East Brooklyn, IL 60424


Voelker Law
33 N Dearborn, Suite 1000
Chicago, IL 60602


Wellsky
11300 Switzer Blvd.
Overland Park, KS 66210


Wermer, Rogers, Doran & Ruzon, LLC
755 Essington Road
Joliet, IL 60435

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Absolute Home Health, LLC**                                   Case No.
                                        Debtor(s)                      Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Absolute Home Health, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 16, 2023**
Date

**/s/ William J. Factor**
**William J. Factor 6205675**
Signature of Attorney or Litigant
Counsel for  **Absolute Home Health, LLC**
**FactorLaw**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
**312-878-6976 Fax:847-574-8233**