UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-03559
Absolute Home Health, LLC )
) Chapter: 11
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING EMERGENCY MOTION FOR AUTHORITY TO PAY WAGES AND EMPLOYEE OBLIGATIONS**

This matter coming to be heard on the debtor's emergency motion to pay wages and employee obligations, due notice having been given under the circumstances, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  Absolute Home Health, LLC, is authorized to pay wages and withholding obligations in the total amount of $19,393.01 that were due to be paid on March 17, 2023, in compliance with the payroll report attached to the motion.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 20, 2023

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602