# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Honorable** A. Benjamin Goldgar | **Hearing Date** March 21, 2023 |
| **Bankruptcy Case** No. 23 B 3559 | **Adversary** |

**Brief Statement of Motion**

Absolute Home Health, LLC

Order setting Subchapter V status conference

**Names and Addresses of moving counsel**

**Representing**

## ORDER

This case is set for a status conference on May 8, 2023, at 10:00 a.m. 11 U.S.C. § 1188(a).

The debtor's report under 11 U.S.C. § 1188(c) is due on or before May 3, 2023.

*/s/ A. Benjamin Goldgar*