# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | No.: 23-03559 |
| ABSOLUTE HOME HEALTH, LLC | Chapter 11 |
| Debtor. | Hon. Judge A. BENJAMIN GOLDGAR |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

Pursuant to Federal Rule of Bankruptcy Procedure 2002, the undersigned, on behalf of interested party and creditor, TAMI DINELLI, hereby appears by its counsel, Grogan Hesse & Uditsky, P.C., and such counsel enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 342 of title 7 of the United States Code (the "Bankruptcy Code") that all notices and pleadings given or filed in the above-captioned case be given and served upon the party identified below at the following address and further requests that the party be added to the Master Service List and included in the CM/ECF electronic filing system:

TAMI DINELLI
c/o Grogan Hesse & Uditsky, P.C.
Amy Galvin Grogan
2 Mid America Plaza, Suite 100
Oakbrook Terrace, Illinois 60181
Telephone: (630) 833-5533
E-mail:  agrogan@ghulaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand,

motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by electronic mail, mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This *Notice of appearance and Request for Notices and Papers* shall not be deemed or construed to be a waiver of (a) Creditor's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments creditor expressly reserves.

Dated: March 27, 2023

          Respectfully submitted,

          **TAMI DINELLI**

          By:    /s/ Amy Galvin Grogan
              Amy Galvin Grogan ARDC #6229364
              Grogan Hesse & Uditsky, P.C.
              2 Mid America Plaza, Suite 110
              Oakbrook Terrace, Illinois 60181
              Telephone: 630-833-5533
              E-mail: agrogan@ghulaw.com

**CERTIFICATE OF SERVICE**

      I, Amy Wallace, a non-attorney certify that on March 27, 2023, I caused to be served a copy of this Notice of Appearance and Request for Service of Notices and Documents to the following via ECF email notification:

Patrick S Lang:  USTPRegion11.ES.ECF@usdoj.gov

                                                      /s/ Amy Wallace