**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Absolute Home Health, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **23-03559** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Ottawa Savings Bank, balance $866.17, hold for $513.00 | Checking | 4641 | $866.17 |
| 3.2. | Financial Plus Credit Union | Combined checking and share | 2603 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**  $866.17

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

Debtor **Absolute Home Health, LLC**　　　　　　　　　　　　　Case number *(If known)* **23-03559**
　　　　　Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **1,191,458.79** face amount | − | **300,000.00** doubtful or uncollectible accounts | = .... **$891,458.79** |
| 11b. Over 90 days old: | **0.00** face amount | − | **0.00** doubtful or uncollectible accounts | = .... **Unknown** |

12.　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$891,458.79**
　　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:　Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Supples for nurses in the field (e.g., bandages and wound care material) | | $0.00 | Replacement | $2,500.00 |

23.　**Total of Part 5.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$2,500.00**
　　　Add lines 19 through 22. Copy the total to line 84.

24.　**Is any of the property listed in Part 5 perishable?**
　　　■ No
　　　☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　■ No
　　　☐ Yes. Book value _____　Valuation method _____　Current Value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

### Part 6:　Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | Absolute Home Health, LLC | Case number (If known) | 23-03559 |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Six desks, six chairs, conference table, two bookshelves, four filing cabinets. | $0.00 | Replacement | $250.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Two laptops, three printers, six desktop computers | $0.00 | Replacement | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $750.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Absolute Home Health, LLC**     Case number (If known) **23-03559**
       Name

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| | of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. | Leased office space | | $0.00 | | $0.00 |

56. **Total of Part 9.**     **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** <br> Patient list and medical records | $0.00 | | $0.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**     **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11: All other assets

Debtor **Absolute Home Health, LLC**
Name

Case number *(If known)* **23-03559**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
|  | **Claim against Samina Hyder** | $332,179.00 |
|  | Nature of claim   Contract |  |
|  | Amount requested   $332,179.00 |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $332,179.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Absolute Home Health, LLC** | Case number *(If known)* **23-03559** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $866.17 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $891,458.79 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*........................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $332,179.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,227,753.96  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,227,753.96 |

**Fill in this information to identify the case:**

Debtor name: **Absolute Home Health, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-03559

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Capital Dude, LLC**<br>Creditor's Name<br>**79 E. Madison Ave., 17th Floor**<br>**New York, NY 10016**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Future receivables**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $313,000.00 | $313,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $313,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Empire Recovery Solutions, LLC**<br>**10 W. 37th St.**<br>**Rm. 602**<br>**New York, NY 10018** | Line 2.1 | |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 1

**Fill in this information to identify the case:**

Debtor name: **Absolute Home Health, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): **23-03559**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                              |                                                          | Total claim   | Priority amount |
|-----|--------------------------------------------------------------|----------------------------------------------------------|---------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $126,862.62 | $126,862.62 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                              |                                                          | Amount of claim |
|-----|--------------------------------------------------------------|----------------------------------------------------------|-----------------|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Byram Healthcare**<br>**444 Highway 96 East**<br>**Saint Paul, MN 55127**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Patient supplies**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $19,404.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Distinctive Therapy**<br>**7501 Lemont Rd, Suite 345F**<br>**Woodridge, IL 60517**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Contract therapy company**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $12,315.00 |

| Debtor | Absolute Home Health, LLC | Case number (if known) | 23-03559 |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> Global Resources <br> 150 W Washington Ave. <br> Santa Fe, NM 87501 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business consulting group <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$26,630.78** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** <br> Home Theraputic Staffing <br> 10661 S Roberts Rd Suite 201 <br> Palos Hills, IL 60465 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Contract therapy company <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$15,140.00** |
| 3.5 | **Nonpriority creditor's name and mailing address** <br> Illinois Department of Revenue <br> P.O. Box 19035 <br> Springfield, IL 62794-9006 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$47,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address** <br> Illinois Dept. of Employment Sec. <br> Collections Section <br> 33 S. State Street 10th Floor <br> Chicago, IL 60603-2802 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$14,902.66** |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> Imperial PFS <br> 1055 Broadway, 11th Floor <br> Kansas City, MO 64105 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Marketing <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,028.05** |
| 3.8 | **Nonpriority creditor's name and mailing address** <br> Lustig & Wickert, P.C. <br> 3400 Dundee Road <br> Northbrook, IL 60062 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Services rendered <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$20,788.85** |
| 3.9 | **Nonpriority creditor's name and mailing address** <br> Sorinsky <br> 3340 Dundee Road, Suite 2N4 <br> Northbrook, IL 60062 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Accounting services <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$7,800.00** |

| Debtor | Absolute Home Health, LLC | Case number (if known) | 23-03559 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Synergy<br>75 Executive Dr., Ste. 345<br>Aurora, IL 60504 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47,306.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Medical coding<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Tami Dinelli<br>260 Rice St.<br>East Brooklyn, IL 60424 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Former business partner<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Voelker Law<br>33 N Dearborn, Suite 1000<br>Chicago, IL 60602 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,250.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Services rendered<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Wellsky<br>11300 Switzer Blvd.<br>Overland Park, KS 66210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,995.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Patient charting<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Wermer, Rogers, Doran & Ruzon, LLC<br>755 Essington Road<br>Joliet, IL 60435 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,875.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Accounting firm<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Amy Grogan<br>Grogan Hesse & Uditsky P.C.<br>Two Mid America Plaza, Suite 110<br>Oak Brook Terrace, IL 60181 | Line  3.11<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Dan Alic<br>4848 N. Damen<br>Chicago, IL 60625 | Line  3.4<br>☐ Not listed. Explain ____ | __ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor  **Absolute Home Health, LLC**                                      Case number (if known)   **23-03559**
        Name

|  | | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a.  $ | 126,862.62 |
| **5b. Total claims from Part 2** | 5b. + $ | 557,435.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 684,297.96 |

**Fill in this information to identify the case:**

Debtor name: **Absolute Home Health, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-03559**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Office space lease, 36-month contract commencing March 1, 2021** <br><br> State the term remaining: **11 months** <br><br> List the contract number of any government contract: | **SCV Property Holdings LLC and LBC Investments, LLC** <br> **PO Box 6** <br> **Channahon, IL 60410** |

**Fill in this information to identify the case:**

Debtor name: **Absolute Home Health, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **23-03559**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                           *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                      Schedule H: Your Codebtors                      Page 1 of 1