**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 24, 2023 |
| **Bankruptcy Case** | 23 B 03559 | **Adversary No.** | |

**Title of Case**: Absolute Home Health, LLC

**Brief Statement of Motion**: Order setting confirmation hearing

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

The debtor must transmit the plan and notice under Rule 3017.2(d) by July 31, 2023.

Objections to confirmation of the first amended plan are due on or before August 23, 2023. Ballots are due on or before August 23, 2023.

Confirmation hearing is set for August 28, 2023, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*