IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Absolute Home Health, LLC | ) | Case No. 22-03559 |
| Debtor. | ) | |
| | | Hon. A. Benjamin Goldgar |

**BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION**

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a first Amended Plan of Reorganization dated July 17, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **DATE** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, a creditor of the Debtor in Class __2__ and in the amount of _$62,163.54_ :

Check One Only: _____ Accepts the Plan    __✓__ Rejects the Plan

Dated: _8/23/2023_    Creditor Name: Illinois Department of Revenue
Signature: [signed]
Printed Name of Signatory: Joycelyn Bell
Title: Assistant Attorney General
Address: 100 W. Randolph Street, 13 Fl 13-222
Chicago, IL 60601

**RETURN THIS BALLOT TO:**

**Justin R. Storer**
**Law Office of William J. Factor**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

or via email: jstorer@wfactorlaw.com