**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Absolute Home Health, LLC**, | Bankruptcy No. 23-03559 |
| Debtor. | Honorable A. Benjamin Goldgar |

## BALLOT REPORT

Absolute Home Health, LLC (the "Debtor") submits this Ballot Report in conjunction with the hearing on confirmation of its plan of reorganization (the "Plan") scheduled before this Court on August 28, 2023, at 10:00 a.m.

Notwithstanding the submission of this report, the Debtor intends to request leave to file a Second Amended Plan of Reorganization, to resolve objections filed by several creditors.

| Class Description | Balloting Result |
|---|---|
| Class 1 (Capital Dude secured claim; not impaired). | **Class 1 accepts the Plan.** No ballots were cast. |
| Class 2 (Priority unsecured claims of Illinois Department of Revenue and Illinois Department of Employment Security, impaired) | **Class 2 rejects the Plan**. Two ballots were cast rejecting. (Docket entries number 52 and 63 in this case are both from IDOR, and so are only counted once in this Report.) |
| Class 3 (General unsecured claims; impaired) | **Class 3 accepts the Plan**. One ballot was cast. |

A ballot report form is attached as **Exhibit A**.

The ballots are attached as **Exhibit B**.

{00160364}

## CERTIFICATION

The undersigned counsel hereby certifies that, to the best of his knowledge and belief, all the ballots cast with respect to the Plan have been reviewed, tabulated, and accounted for in this Ballot Report; to do so, I have reviewed the docket of the case on PACER, my own records, my own email records, and my firm's document storage database.

Dated: August 25, 2023                    **Absolute Home Health, LLC**

                                                                                                     By: /s/ Justin R. Storer
                                                                                                     One of Its Attorneys

Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    312-373-7226
Fax:   847-574-8233
Email:  jstorer@wfactorlaw.com

# EXHIBIT A

{00160364}

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Case Name: Absolute Home Health, LLC
Case Number: 23-03559
Confirmation Hearing Date: August 28, 2023

|  | # Ballots Cast | # Accepting | # Rejecting | Amount Accepting | Amount Rejecting | Class Accepts | Class Rejects |
|---|---|---|---|---|---|---|---|
| Class 1 | 0 |  |  | $313,000.00 |  | X |  |
| Class 2 | 2 |  | 2 | $101,859.13 |  |  | X |
| Class 3 | 1 | 1 |  | $28,875.00 |  | X |  |

YES      NO

**PLAN ACCEPTED**

**Accepance: n/a; the Debtor intends to request leave to file a second amended plan.**

Please note the following provisions of Title 11, Section 1126 of the United States Code
(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class help by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.
(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

{00160364}

(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.

| | |
|---|---|
| Dated: August 25, 2023 | **Absolute Home Health, LLC** |
| | By: /s/ Justin R. Storer |
| | One of Its Attorneys |

# EXHIBIT B

{00160364}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 11
)
    Absolute Home Health, LLC ) Case No. 22-03559
    Debtor. )
) Hon. A. Benjamin Goldgar

### BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a first Amended Plan of Reorganization dated July 17, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **DATE** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __2__ and in the amount of __$62,163.54__:

Check One Only: _____ Accepts the Plan      __✓__ Rejects the Plan

Dated: _7/20/2023_      Creditor Name: Illinois Department of Revenue
                            Signature: _[signature]_
                            Printed Name of Signatory: Joycelyn Bell
                            Title     Assistant Attorney General
                            Address:    100 W. Randolph Street, 13 Fl 13-222
                                                 Chicago, IL 60601

**RETURN THIS BALLOT TO:**

**Justin R. Storer**
**Law Office of William J. Factor**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

**or via email: jstorer@wfactorlaw.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 11
)
Absolute Home Health, LLC ) Case No. 22-03559
Debtor. )
Hon. A. Benjamin Goldgar

### BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a first Amended Plan of Reorganization dated July 17, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **DATE** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __2__ and in the amount of _$62,163.54_:

Check One Only: _____ Accepts the Plan        __✓__ Rejects the Plan

Dated: _8/23/2023_        Creditor Name: Illinois Department of Revenue
                         Signature: [signed]
                         Printed Name of Signatory: Joycelyn Bell
                         Title: Assistant Attorney General
                         Address: 100 W. Randolph Street, 13 Fl 13-222
                                  Chicago, IL 60601

**RETURN THIS BALLOT TO:**

**Justin R. Storer**
**Law Office of William J. Factor**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

or via email: jstorer@wfactorlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )    Chapter 11
                                              )
            Absolute Home Health, LLC    )    Case No. 22-03559
                        Debtor.               )
                                              )    Hon. A. Benjamin Goldgar

## BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a first Amended Plan of Reorganization dated July 17, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **DATE** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __2__ and in the amount of $35,685.59:

Check One Only:    _____ Accepts the Plan        __X__ Rejects the Plan

Dated: 8/21/2023        Creditor Name: Illinios Department of Employment Security
                        Signature: Andrew L. Dryjanski
                        Printed Name of Signatory: Andrew L. Dryjanski
                        Title Assistant Attorney General
                        Address: 33 S. State Street, Suite 972
                                 Chicago, IL 60603

**RETURN THIS BALLOT TO:**

Justin R. Storer
Law Office of William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602

or via email: jstorer@wfactorlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                  )   Chapter 11
                                                        )
      Absolute Home Health, LLC                 )   Case No. 22-03559
      Debtor.                                    )
                                                            Hon. A. Benjamin Goldgar

## BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a first Amended Plan of Reorganization dated July 17, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before August 23, 2023 (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __3__ and in the amount of $28,875.00 :

Check One Only:    __X__ Accepts the Plan          _____ Rejects the Plan

Dated: 8/18/2023          Creditor Name: Wermer, Rogers, Doran & Ruzon, LLC
                          Signature: _____
                          Printed Name of Signatory: Katie Napier
                          Title  Partner
                          Address:  755 Essington Road
                                    Joliet, IL 60435

**RETURN THIS BALLOT TO:**

**Justin R. Storer**
**Law Office of William J. Factor**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

or via email: jstorer@wfactorlaw.com