**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 2, 2023 |
| **Bankruptcy Case** | 23 B 03559 | **Adversary No.** | |

**Title of Case**: Absolute Home Health, LLC

**Brief Statement of Motion**: Rule 3017.2 scheduling order

**Names and Addresses of moving counsel**:

**Representing**:

### ORDER

The debtor must transmit the plan and notice by October 6, 2023.

Objections to confirmation of the third amended plan are due on or before November 6, 2023.

Ballots are due on or before November 6, 2023.

Ballot report is due on November 8, 2023.

Confirmation hearing is set for November 13, 2023, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*   CRP