# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                      )   Chapter 11
                                            )
Absolute Home Health, LLC                   )   Case No. 22-03559
            Debtor.                         )
                                            )   Hon. A. Benjamin Goldgar

## BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a third Amended Plan of Reorganization dated September 29, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **[DATE TO BE SET BY COURT]** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, a creditor of the Debtor in Class __2__ and in the amount of __$62,163.54__:

Check One Only:      _____ Accepts the Plan            __✓__ Rejects the Plan

Dated: 11/6/2023    Creditor Name: Illinois Department of Revenue
                    Signature: [signed]
                    Printed Name of Signatory: Joycelyn Bell
                    Title: Assistant Attorney General
                    Address: 100 W Randolph St. 13th FL
                             Chicago, IL 60601

**RETURN THIS BALLOT TO:**

**Justin R. Storer**
**Law Office of William J. Factor**
**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**

**or via email: jstorer@wfactorlaw.com**