IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Absolute Home Health, LLC | ) | Case No. 22-03559 |
| Debtor. | ) | |
| | | Hon. A. Benjamin Goldgar |

**BALLOT TO ACCEPT OR REJECT DEBTOR'S PLAN OF REORGANIZATION**

Debtor and Debtor in Possession Absolute Home Health, LLC, ("Debtor"), filed a third Amended Plan of Reorganization dated September 29, 2023 (the "Plan") in the above captioned bankruptcy proceeding.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims in more than one class, you should file a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Debtor's counsel on or before **[DATE TO BE SET BY COURT]** (and such deadline is not extended), your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, a creditor of the Debtor in Class  3    and in the amount of $39,094.02        :

Check One Only:       Accepts the Plan          X   Rejects the Plan


Dated: 11-06-2023  Creditor Name: Illinois Department of Employment Security (IDES)
Signature:  /s/ Andrew L. Dryjanski
Printed Name of Signatory:    Andrew L. Dryjanski
Title  Counsel for IDES, AAG
Address:   33 South State St., Suite 992, Chicago, IL 60603

**RETURN THIS BALLOT TO:**

**Justin R. Storer
Law Office of William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602**

**or via email: jstorer@wfactorlaw.com**